UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>  Plaintiff / Counterclaim Defendant,<br><br>vs.<br><br>BECKIE McDONALD,<br><br>  Defendant / Counterclaim Plaintiff / Third-Party Plaintiff,<br><br>ADAM McDONALD; and WEEKS' FUNERAL HOMES, INCORPORATED,<br><br>  Defendants,<br><br>AMPLIFY ENERGY SERVICES, LLC,<br><br>  Third-Party Defendant. | Case No. 3:24-cv-05995-BAT<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BECKIE McDONALD'S COUNTERCLAIM** |

Plaintiff Unum Life Insurance Company of America ("Plaintiff") and Defendant Beckie McDonald have filed their Unopposed Motion for Extension of Time, up through and including March 25, 2025, for Unum to answer, present defenses, or otherwise respond to Beckie McDonald's Counterclaim (ECF 19).

---

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BECKIE McDONALD'S COUNTERCLAIM - 1
Case No. 3:24-cv-05995-BAT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

1  IT IS HEREBY **ORDERED** that Unum shall file its responsive pleading no later than
2  March 25, 2025.
3  DATED: March 5, 2025

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, WSBA #41257
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7052
    Facsimile:  (206) 693-7058
    Email:  russell.buhite@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Matthew B. Wesley*
    Matthew B. Wesley, admitted *pro hac vice*
    56 Washington Street, Suite 302
    Valparaiso, IN  46383
    Telephone:  (219) 707-5330
    Email:  matthew.wesley@ogletree.com

*Attorneys for Plaintiff Unum Life Insurance Company of America*

Approved as to Form; Presentation Waived:

AARON ENGLE LAW, PLLC

By: */s/ Aaron I. Engle*
    Aaron I. Engle, WSBA #37955
    100 2nd Avenue, Suite 210
    Edmonds, WA  98020
    Telephone:  (206) 623-7520
    Facsimile:  (206) 622-7068
    Email:  aaron@aaronenglelaw.com

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BECKIE McDONALD'S COUNTERCLAIM - 2
Case No. 3:24-cv-05995-BAT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

| | |
|---|---|
| 1 | GRABHORN LAW |
| 2 | By: */s/ Michael D. Grabhorn* |

GRABHORN LAW

By: */s/ Michael D. Grabhorn*
 Michael D. Grabhorn. *pro hac vice*
 Andrew M. Grabhorn, *pro hac vice*
 2525 Nelson Miller Parkway, Suite 107
 Louisville, KY 40223
 Telephone: (502) 244-9331
 Email: m.grabhorn@grabhornlaw.com
 a.grabhorn@grabhornlaw.com

*Attorneys for Defendant Beckie McDonald*

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BECKIE McDONALD'S COUNTERCLAIM - 3
Case No. 3:24-cv-05995-BAT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058