# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Plaintiff / Counterclaim Defendant,<br><br>vs.<br><br>BECKIE McDONALD,<br><br>    Defendant / Counterclaim Plaintiff / Third-Party Plaintiff,<br><br>ADAM McDONALD; and WEEKS' FUNERAL HOMES, INCORPORATED,<br><br>    Defendants,<br><br>AMPLIFY ENERGY SERVICES, LLC,<br><br>    Third-Party Defendant. | Case No. 3:24-cv-05995-BAT<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BECKIE McDONALD'S COUNTERCLAIM, TO FILE JOINT STATUS REPORT AND FOR AMPLIFY TO FILE ITS RESPONSIVE PLEADING TO BECKIE McDONALD'S THIRD-PARTY COMPLAINT |

The parties have filed their Stipulated Motion for Extension of Time for Unum to Respond to Beckie McDonald's Counterclaim, for the Parties to File a Combined Joint Status Report, and for Amplify to File Its Responsive Pleading to Beckie McDonald's Third-Party Complaint requesting that Unum have until April 9, 2025 to file its responsive pleading to Beckie McDonald's Counterclaim (ECF 19); the parties have until April 9, 2025 to file their Joint Status Report; and

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME - 1
Case No. 3:24-cv-05995-BAT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

for Amplify to have until April 2, 2025 to file its responsive pleading to Beckie McDonald's Third-Party Complaint (ECF 19).

IT IS HEREBY ORDERED that:

1. Unum shall file its answer or otherwise plead to Beckie McDonald's Counterclaim no later than April 9, 2025;

2. The parties shall file their Joint Status Report no later than April 9, 2025; and

3. Third-Party Defendant Amplify shall file its answer or otherwise plead to Beckie McDonald's Third-Party Complaint no later than April 2, 2025.

DATED this 26th day of March 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Russell S. Buhite*
    Russell S. Buhite, WSBA #41257
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7052
    Facsimile:  (206) 693-7058
    Email:  russell.buhite@ogletree.com

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Matthew B. Wesley*
    Matthew B. Wesley, admitted *pro hac vice*

    56 Washington Street, Suite 302
    Valparaiso, IN  46383
    Telephone:  (219) 707-5330
    Email:  matthew.wesley@ogletree.com

*Attorneys for Plaintiff Unum Life Insurance Company of America*

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME - 2
Case No. 3:24-cv-05995-BAT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

1  Approved as to Form; Presentation Waived:

2  LASHER, HOLZAPPEL SPERRY &
3     EBBERSON PLLC
   By: */s/ Sean V. Small*
4     Sean V. Small, WSBA #37018
5     Emily I. Husa, WSBA #62970
      2600 Two Union Square
6     601 Union Street
      Seattle, WA  98101-4000
7     Telephone:  (206) 624-1230
      Facsimile:  (206) 340-2563
8     Email:   small@lasher.com
9            husa@lasher.com
   *Attorneys for Defendant Adam McDonald*
10

11 AARON ENGLE LAW, PLLC

12 By: */s/ Aaron I. Engle*
      Aaron I. Engle, WSBA #37955
13    100 2nd Avenue, Suite 210
14    Edmonds, WA  98020
      Telephone:  (206) 623-7520
15    Facsimile:  (206) 622-7068
      Email:  aaron@aaronenglelaw.com
16

17 GRABHORN LAW
   By: */s/ Michael D. Grabhorn*
18    Michael D. Grabhorn. *pro hac vice*
      Andrew M. Grabhorn, *pro hac vice*
19
      2525 Nelson Miller Parkway, Suite 107
20    Louisville, KY  40223
      Telephone: (502) 244-9331
21    Email:   m.grabhorn@grabhornlaw.com
             a.grabhorn@grabhornlaw.com
22
   *Attorneys for Defendant Beckie McDonald*

23

24

25

26

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME - 3
Case No. 3:24-cv-05995-BAT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

NELSON ALLEN WALK, PLLC

By: /s/ Daniel K. Walk
    Daniel K. Walk, WSBA #52017
    102 North Meridian
    P.O. Box 217
    Puyallup, WA  98371
    Telephone: (253) 845-8895
    Facsimile: (253) 848-4891
    Email: dan@nelsonallenwalk.com

*Attorneys for Defendant Weeks' Funeral Homes, Incorporated*

STOEL RIVES LLP

By: *James M. Shore*
    James M. Shore, WSBA #28095
    600 University Street, Suite 3600
    Seattle, WA  98101
    Telephone: (206) 386-7578
    Facsimile: (206) 386-7500
    Email: jim.shore@stoel.com

*Attorneys for Third-Party Amplify Energy Services, LLC*

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME - 4
Case No. 3:24-cv-05995-BAT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2025, I served the foregoing [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT BECKIE McDONALD'S COUNTERCLAIM, FOR THE PARTIES TO FILE COMBINED JOINT STATUS REPORT, AND FOR AMPLIFY TO FILE ITS RESPONSIVE PLEADING TO BECKIE MCDONALD'S THIRD-PARTY COMPLAINT via the method(s) below on the following parties:

Sean V. Small, WSBA #37018
Emily I. Husa, WSBA #62970
LASHER, HOLZAPPEL SPERRY &
  EBBERSON PLLC
2600 Two Union Square
601 Union Street
Seattle, WA  98101-4000
Telephone:  (206) 624-1230
Facsimile:  (206) 340-2563
Email:   small@lasher.com
         husa@lasher.com

*Attorneys for Defendant Adam McDonald*

Aaron I. Engle, WSBA #37955
AARON ENGLE LAW, PLLC
100 2nd Avenue, Suite 210
Edmonds, WA  98020
Telephone:  (206) 623-7520
Facsimile:  (206) 622-7068
Email:  aaron@aaronenglelaw.com

*Attorneys for Defendant Beckie McDonald*

James M. Shore, WSBA #28095
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA  98101
Telephone:  (206) 386-7578
Facsimile:  (206) 386-7500
Email: jim.shore@stoel.com

*Attorneys for Third-Party Amplify Energy Services, LLC*

Daniel K. Walk, WSBA #52017
NELSON ALLEN WALK, PLLC
102 North Meridian
P.O. Box 217
Puyallup, WA  98371
Telephone:  (253) 845-8895
Facsimile:  (253) 848-4891
Email:  dan@nelsonallenwalk.com

*Attorneys for Defendant Weeks' Funeral Homes, Incorporated*

Michael D. Grabhorn. *pro hac vice*
Andrew M. Grabhorn, *pro hac vice*
GRABHORN LAW
2525 Nelson Miller Parkway, Suite 107
Louisville, KY  40223
Telephone:  (502) 244-9331
Email:  m.grabhorn@grabhornlaw.com
        a.grabhorn@grabhornlaw.com

*Attorneys for Defendant Beckie McDonald*

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME - 5
Case No. 3:24-cv-05995-BAT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058

| | |
|---|---|
| ☒ | by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above. |
| ☐ | by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the United States Postal Service in Seattle, Washington. |
| ☐ | by **e-mailing** a true and correct copy to the last known email address of each person listed above. |

SIGNED THIS 25th day of March, 2025 at Seattle, Washington.

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Cheryl L. Kelley*
   Cheryl L. Kelley, Practice Assistant
   cheryl.kelley@ogletree.com

---

[PROPOSED] ORDER GRANTING
STIPULATED MOTION FOR EXTENSION OF
TIME - 6
Case No. 3:24-cv-05995-BAT

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7052 | Fax: 206-693-7058