The Honorable Brian A. Tsuchida

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### TACOMA DIVISION

UNUM LIFE INSURANCE COMPANY OF AMERICA,

        Plaintiff / CounterClaim Defendant

  vs.

BECKIE McDONALD,

        Defendant / CounterClaim Plaintiff / Third-Party Plaintiff

ADAM McDONALD, and
WEEKS' FUNERAL HOMES,

        Defendants.

Case No.: 3:24-cv-05995-BAT

**ORDER GRANTING JOINT STIPULATED MOTION BY ADAM MCDONALD AND BECKIE MCDONALD**

Beckie McDonald ("Mrs. McDonald") and Adam McDonald ("Adam McDonald"), have filed a Joint Stipulation informing the Court of their settlement and stipulations to resolve their respective claims against one another. The Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AS FOLLOWS:**

ORDER ON JOINT STIPULATION BY ADAM
MCDONALD AND BECKIE MCDONALD - 1
CASE NO. 3:24-CV-05995-BAT

GRABHORN LAW | INSURED RIGHTS®
2525 Nelson Miller Parkway | Louisville, KY 40223
p : 502.244.9331 | f : 502.244.9334

1.      Mrs. McDonald shall receive $ 115,000 of the Unum Life Insurance Company of America ("Unum") life insurance interpleader funds on deposit with the Clerk of the Court.[1]

2.      The Clerk of the Court is directed to promptly release the $115,000 to Mrs. McDonald's counsel.  Mrs. McDonald's counsel is directed to contact the Clerk of the Court to make the necessary payment arrangements.

3.      Adam McDonald is entitled to the balance of the interpleader funds after the $115,000 payment is made to Mrs. McDonald.

4.      Adam McDonald is solely responsible for responding to Unum's motion to recover its fees and costs. Adam McDonald is solely responsible for any fees and costs payable to Unum in this action whether by order or agreement. Any such payment shall be paid from the remaining Interpleader Funds.

5.      Adam McDonald and Mrs. McDonald are releasing one another from any and all claims related to the Unum Life Insurance Policies.

6.      Separate and distinct from the life insurance death benefits, Unum Life Insurance Policies, Mrs. McDonald is deemed to be the primary beneficiary for 80% of the Unum accidental death and dismemberment (AD&D) coverage in this matter—$961,000.[2]

7.      Separate and distinct from the life insurance benefits, Adam McDonald is deemed to be the primary beneficiary for 20% of the same Unum accidental death and dismemberment (AD&D) coverage in this matter.

8.      The Stipulation and this Order does *not* impact any other claims Mrs. McDonald or Adam McDonald may have against any other party relating to this Lawsuit.

---

[1]    Dkt. 64.
[2]    Dkt. 66, p.2, Line2 12-14, pp.8-9.

ORDER ON JOINT STIPULATION BY ADAM
MCDONALD AND BECKIE MCDONALD - 2
CASE NO. 3:24-CV-05995-BAT

GRABHORN LAW | INSURED RIGHTS®
2525 Nelson Miller Parkway | Louisville, KY 40223
p : 502.244.9331 | f : 502.244.9334

9. The pending cross motions for summary judgment, Dkts. 75 and 81, are **STRICKEN**. The trial date and pretrial schedule at Dkt. 68 are **STRICKEN**. The motion at Dkt. 79 remains pending.

DATED this 4th day of February, 2026.

                                            _____

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER ON JOINT STIPULATION BY ADAM
MCDONALD AND BECKIE MCDONALD - 3
CASE NO. 3:24-CV-05995-BAT

GRABHORN LAW | INSURED RIGHTS®
2525 Nelson Miller Parkway | Louisville, KY 40223
p : 502.244.9331 | f : 502.244.9334